THE CITY OF NEW YORK, Respondent, *v.* NEW YORK CITY RAILWAY COMPANY, Appellant.

*City of New York* v. *New York City Railway Co.*, 126 App. Div. 36, affirmed.

(Argued December 1, 1908; decided December 15, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 15, 1908, reversing a judgment in favor of defendant entered upon a verdict directed by the court and granting a new trial in an action to recover license fees alleged to be due the plaintiff from defendant for operating cars in Ninth avenue in the city of New York.

*Joseph P. Cotton, Jr., Robert H. Neilson* and *Henry A. Robinson* for appellant.

*Francis K. Pendleton,* Corporation Counsel (*Theodore Connoly, Terence Farley* and *Frank B. Pierce* of counsel), for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, on opinion below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.